UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KREG SAMUAL PERREAULT,

    Plaintiff,

v.                                                                          Case No. 1:14-cv-942

COMMISSIONER OF SOCIAL                          Hon. Ray Kent
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: September 22, 2015              /s/ Ray Kent
                                       RAY KENT
                                       United States Magistrate Judge